UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SMITH, | No.  2:25-cv-2465 JAM AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff, who was initially represented by counsel, filed a complaint against the United States of America and paid the filing fee on August 26, 2025.  ECF No. 1.  On August 28, 2025, a summons and scheduling order was issued in this case ordering the plaintiff to serve a copy of the scheduling order and complete service of process within 90 days of filing the complaint.  ECF Nos. 2, 3.  Plaintiff was cautioned that failure to complete service within 90 days may result in dismissal pursuant to Fed. R. Civ. P. 40(m).  ECF No. 3 at 2.  There is no indication on the docket that defendant was timely served.

Plaintiff's counsel withdrew on February 25, 2026.  ECF No. 12.  This case was temporarily stayed between February 25, 2026 and March 31, 2026 for plaintiff to retain counsel. Plaintiff has not retained counsel and now appears as a pro se litigant.  This case is before the undersigned for pre-trial purposes pursuant to Local Rule 302(c)(21).  Though the stay of this case is lifted, the case cannot move forward because defendant has not been served.

1

Federal Rule of Civil Procedure 4(i) outlines the rule for serving the United States, as well as its agencies and employees. The Rule requires a plaintiff to take three steps:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought— or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i).

The Attorney General has designated the Assistant Attorney General for Administration, Justice Management Division, to accept service of summonses and complaints. 28 C.F.R. § 0.77(j).  The U.S. Department of Justice is located at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.  The United States Attorney for the district where the action is brought (the Eastern District of California) can be served at 501 I Street, Suite 10-100, Sacramento, CA 95814.

It is apparent the plaintiff has not followed the instructions in Rule 4(i).  Thus, plaintiff is ORDERED to properly complete service.  Plaintiff must file a notice with the court affirming that service has been properly completed.  Local Rule 110 provides that failure to comply with court orders or the Local Rules may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than April 30, 2026, why this action should not be dismissed for failure to prosecute;

2. Plaintiff's filing of proper proofs of service upon defendant will be deemed good cause shown; and

////

////

3.  If plaintiff fails to comply with this order, the case will be dismissed without prejudice for failure to prosecute.

DATED: April 6, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE