UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STACY SMITH, | No.  2:25-cv-2465 JAM AC PS |
| Plaintiff, |  |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, |  |
| Defendant. |  |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 6, 2026 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  ECF No. 16.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 6, 2026, are **ADOPTED IN FULL**; and

1

2. This action is **DISMISSED, WITHOUT PREJUDICE**, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

Dated: June 09, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2